# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARMEN ELIZABETH MARRERO HERNANDEZ, et al.,
Plaintiffs,

v.

ESSO STANDARD OIL COMPANY (PUERTO Rico), a Puerto Rico Corporation,
Defendant/ Third-Party Plaintiff,

v.

CARLOS RODRÍGUEZ PEREZ, CARMEN ORTIZ LOPEZ, and their conjugal partnership; and CARLOS M. BELGODERE PAMIES, JANET ROE, and their conjugal partnership,

Third-Party Defendants

**CIVIL NO. 03-1485 (GAG)**

## **JUDGMENT**

Judgment is hereby entered dismissing this case with prejudice as per Fed. R. Civ. P. 41(a)(2). The Court also enters judgment as to the orders at Docket No. 483.

This case is now closed.

**SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of August, 2010.

*S/Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge